## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KEVIN KEENAN BENEFIELD,** *Administrator of the Estate of Kevin Dale Benefield, and on behalf of the wrongful death beneficiaries of Kevin Dale Benefield* | § § § § § § § | **PLAINTIFF** |
| v. | § § § | Civil No. 1:15CV190-HSO-JCG |
| **ESTATE OF DONALD ELLIOT LOCKHART,** *et al.* | § § § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 17th day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE